IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cr-20015 |
| ) | |
| **WILLIAM M. BELL,** ) | |
| ) | |
| Defendant. ) | |

### MOTION OF THE UNITED STATES TO STRIKE AND REPLACE PREVIOUSLY FILED MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion to Strike the Motion for a Final Order of Forfeiture, with Supporting Suggestions and Proposed Final Order filed in this case on July 29, 2019, as Docket No. 26, and moves this Court for leave to replace said Motion with the proposed corrected Motion submitted herewith.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

By: /s/John D. Hoelzer
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By: /s/John D. Hoelzer
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov